THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERRY B. MINTER, Appellant, v THOMAS C. EISENSCHMIDT, as Superintendent of Five Points Correctional Facility, Respondent. [741 NYS2d 781] —Appeal from a judgment (denominated order) of Supreme Court, Seneca County (Bender, J.), entered December 26, 2000, which dismissed the petition seeking a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court properly dismissed the petition seeking a writ of habeas corpus. The issue raised in the petition could be raised on direct appeal or by a CPL article

440 motion, and thus the remedy of habeas corpus is not available (*see Matter of Roberts v County Court of Wyoming County,* 39 AD2d 246, 252-253, *affd* 34 NY2d 246; *People ex rel. Mancuso v Herbert,* 256 AD2d 1158, 1159, *lv denied* 93 NY2d 809; *People ex rel. Abdullah v Walker,* 199 AD2d 1074, *lv denied* 83 NY2d 752; *People ex rel. Hannon v Ryan,* 34 AD2d 393, 396, *lv denied* 27 NY2d 487; *cf. People ex rel. Keitt v McMann,* 18 NY2d 257, 262). Present—Pine, J.P., Hayes, Wisner, Scudder and Kehoe, JJ.